IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR CASE NO: 1:12cr169-MHT |
| ) | |
| JAMES TIMOTHY TURNER ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Government's Motion for Detention Hearing filed September 18, 2012, (Doc. 4) is set for a **detention hearing** on September 24, 2012 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. The defendant's **arraignment** will also be set for this time. Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing.

Done this 18th day of September, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE