IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:12CR169-MHT |
| | ) | |
| JAMES TIMOTHY TURNER | ) | |

## **ORDER**

For good cause, it is

ORDERED that the defendant, James Timothy Turner, shall appear for an Arraignment and Detention hearing scheduled for **October 1, 2012 at 1:00 p.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

Done this 24th day of September, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE