IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:12cr169-MHT |
| | ) | |
| JAMES TIMOTHY TURNER | ) | |

# O R D E R

On September 24, 2012, the court received documents from non-parties in this action that were purportedly submitted in support of, or on behalf of, Defendant. The documents include letters of reference and what appears to be possible legal pleadings.

First, the court notes that the State of Alabama has criminalized the unauthorized practice of law. The filing of pleadings in a court, on behalf of another, constitutes the practice of law. ALA. CODE § 34-3-6 (2009). Those who do so, without the proper licensing and authorization, do so at their own peril.

Second, the court will not accept filings by non-parties in this matter. Defendant's position is represented through his counsel. It would be fundamentally unfair to Defendant for the court to accept pleadings and documents on his behalf, submitted by persons not authorized to speak on behalf of Defendant. Those documents may in fact be antithetical to Defendant's positions and interests in this case. Accordingly, it is

ORDERED that Clerk of the Court shall not accept any current or future documents submitted by non-parties in this matter.

Done this 25th day of September, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE