IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | * Case No. 1:12-CR-00169-MHT |
| | * |
| JAMES TIMOTHY TURNER, | * |
|     Defendant. | * |

**DEFENDANT'S MOTION FOR FUNDS TO HIRE EXPERT**

**COMES NOW** the Defendant, James Timothy Turner, through his counsel of record, and asks that the court approve funds to hire a financial instrument expert for the defense. The government has given notice that it proposes to use the testimony of an expert with experience in financial documents and instruments.

In count two of the indictment the Defendant is charged with fictitious obligations under 18 U.S.C. § 514(a)(2). In counts three through seven of the indictment the Defendant is charged with aiding and abetting fictitious obligations under 18 U.S.C. § 514(a)(2). Under this statute, an element of this offense is whether the "instrument, document, or other item" appears, represents purports or contrives to issued under the under the authority of the United States, etc.

There may be an issue whether certain alleged fictitious bonds named in the indictment, and ranging in amounts from $10,000,000.00 to $2,000,000,000,000.00 to "unlimited" purport to be issued "under the authority of the United States and other political subdivisions of the United States", as stated in the indictment. The expertise of a

person in with experience concerning such financial instruments and procedures would be of assistance to the Defendant.

Counsel requests additional funds not to exceed $2,500.00 hire such an expert.

Submitted on October 17, 2012.

        Respectfully submitted,

        s/Everett M. Urech
        EVERETT M. URECH
        AL BAR NO.: ASB-6693-E44E
        Attorney for Defendant
        Urech & Livaudais, P.C.
        P.O. Drawer 70
        510 N. Daleville Ave
        Daleville, AL 36322
        TEL: (334) 598-4455
        FAX: (334) 598-2076
        E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Clerk of Court, U.S. Middle District of Alabama, by electronically filing, October 17, 2012.

s/Everett M. Urech

EVERETT M. URECH