IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| vs. | * Case No. 1:12-CR-00169-MHT |
| | * |
| **JAMES TIMOTHY TURNER,** | * |
|     Defendant. | * |

**DEFENDANT'S MOTION FOR FUNDS TO PURCHASE TRANSCRIPT
IN THE CASE OF U.S. v. MONTY ERVIN, 1:11cr7-MHT-WC**

**COMES NOW** the Defendant, James Timothy Turner, through his counsel of record, and asks that the court approve funds to purchase a transcript of the case of the United States of America v. Monty Ervin, 1:11cr7-MHT-WC.

Mr. Ervin was tried last year in this court on charges of tax evasion and conspiracy to defraud the United States. By the initials "M.E." he is mentioned in the indictment in this case as a co-conspirator of the Defendant. An expert witness who testified in the Ervin case has been identified by the government as a witness to testify in the instant case. A portion of his transcript testimony in the Ervin case has been furnished in discovery. Mr. Ervin was identified in his case as a sovereign citizen and a member of the same organization to which Mr. Turner belongs.

To properly prepare the defense of Mr. Turner, counsel needs to review the transcript of the Monty Ervin case. Mr. Turner is without funds to purchase such a

transcript.

WHEREFORE, the defense requests that the government make funds available to the defense to purchase of the copy of the trial transcript in said case.

Submitted on October 22, 2012.

        Respectfully submitted,

        s/Everett M. Urech
        EVERETT M. URECH
        AL BAR NO.: ASB-6693-E44E
        Attorney for Defendant
        Urech & Livaudais, P.C.
        P.O. Drawer 70
        510 N. Daleville Ave
        Daleville, AL 36322
        TEL: (334) 598-4455
        FAX: (334) 598-2076
        E-Mail:  daleattyeu@graceba.net

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Clerk of Court, U.S. Middle District of Alabama, by electronically filing, October 22, 2012.

s/Everett M. Urech

EVERETT M. URECH