IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | * Case No. 1:12-CR-00169-MHT |
| | * |
| JAMES TIMOTHY TURNER, | * |
|     Defendant. | * |

### DEFENDANT'S MOTION TO WITHDRAW REQUEST
### FOR FUNDS TO PURCHASE TRANSCRIPT
### IN THE CASE OF U.S. v. MONTY ERVIN, 1:11cr7-MHT-WC

**COMES NOW** the Defendant, James Timothy Turner, through his counsel of record, and moves to withdraw his previous request that the court approve funds to purchase a transcript of the case of the United States of America v. Monty Ervin, 1:11cr7-MHT-WC.  This previous request is document 18 of the court file.

The U.S. Attorneys office has offered to allow the defense to use the transcript of the Ervin trial that they have in their possession, thereby negating the need to purchase such transcript by the defense.

Submitted on October 24, 2012.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.

                    P.O. Drawer 70
                    510 N. Daleville Ave
                    Daleville, AL 36322
                    TEL: (334) 598-4455
                    FAX: (334) 598-2076
                    E-Mail:  daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Clerk of Court, U.S. Middle District of Alabama, by electronically filing, October 24, 2012.

                    s/Everett M. Urech
                    _____
                    EVERETT M. URECH