IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
    v.                        )    CRIMINAL ACTION NO.
                              )      1:12cr169-MHT
JAMES TIMOTHY TURNER          )

ORDER

It is ORDERED as follows:

(1)  The motion to withdraw request (doc. no. 21) is

     granted.

(2)  The  motion  for  funds  to  purchase  transcript

     (doc. no. 18) is withdrawn.

DONE, this the 25th day of October, 2012.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE