IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA
V.           CR NO. 1:12CR169-MHT(WO)
JAMES TIMOTHY TURNER

Comes Now, JAMES TIMOTHY TURNER before this Honorable Court with this motion to Dismiss Attorney Everett Urich for cause. The cause is "Innefective Assistance of Counsel", effective immediately. Thank you.

BY: *James Timothy Turner*
James Timothy Turner
November 28, 2012
"Without Prejudice"

RECEIVED 2012 DEC -5 A 11:14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA