IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | * Case No. 1:12-CR-00169-MHT |
| | * |
| JAMES TIMOTHY TURNER, | * |
|     Defendant. | * |

### DEFENDANT'S MOTION FOR ADDITIONAL TIME
### TO FILE PRE-TRIAL MOTIONS

**COMES NOW** the Defendant, James Timothy Turner, and through his counsel of record, moves the Court for additional time to file pre-trial motions in this case. The deadline set in the Court's pre-trial order was for December 13, 2012, to file any pre-trial motions. Counsel needs additional time to prepare concerning any such motions.

WHEREFORE Counsel asks that this be extended for an additional week to December 20, 2012.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail:  daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Clerk of Court, U.S. Middle District of Alabama, by electronically filing, December 10, 2012.

        s/Everett M. Urech

        EVERETT M. URECH