RECEIVED
2013 JAN 16 PM 3:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA
V.                                    CR. NO. 1:12CR-169-MHT
JAMES TIMOTHY TURNER

Comes now, James Timothy Turner, before this Court requesting to attend the Pre-trial Conference for the above mentioned case on January 16, 2013. Thank you

BY: James Timothy Turner
January 11, 2013