IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:12CR169-MHT |
| | ) | |
| JAMES TIMOTHY TURNER | ) | |

# O R D E R

For good cause, it is

ORDERED that an *ex parte* hearing on Defendant's *pro se* Motion to Dismiss Attorney (Doc. 50) is set for **January 24th at 10:30 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

The Clerk of the Court is directed to provide a court reporter for this proceeding. The United States Marshal is directed to produce the defendant for this proceeding. Further, it is

ORDERED that the Motion (Doc. 50) and Response (Doc. 52) shall be placed under seal. Further, it is

ORDERED that Defendant's *pro se* Motion to attend the pretrial conference (Doc. 51) is DENIED as moot.

Done, this 17th day of January, 2013.

                                                /s/ Wallace Capel, Jr.
                                                WALLACE CAPEL, JR.
                                                UNITED STATE MAGISTRATE JUDGE

Case 1:12-cr-00169-MHT-WC   Document 53   Filed 01/17/13   Page 2 of 2