IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:12cr169-MHT |
| **JAMES TIMOTHY TURNER** | ) | |

## ORDER

It is ORDERED that the government's motion to set trial first on trial term (doc. no. 60) is granted. Indeed, this is the only criminal case to be tried at that time.

DONE, this the 29th day of January, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**