IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:12CR169-MHT |
| | ) | |
| JAMES TIMOTHY TURNER | ) | |

# **ORDER**

For good cause, it is

ORDERED that an *ex parte* hearing with Defendant and standby counsel is set for **February 4, 2013 at 11:00 a.m.,** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

The U.S. Marshal is directed to produce Defendant for the hearing. The Clerk of the Court is directed to provide a court reporter for this proceeding.

Done this 30th day of January, 2013.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE