IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:12-CR-169-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES TIMOTHY TURNER, | ) | |
| | ) | |
| Defendant. | ) | Trial Date: March 18, 2013 |

## JOINT NOTICE REGARDING DISCOVERY DISCLOSURE

The United States of America, by and through its counsel, and Everett Urech, Esq., standby counsel for defendant James Timothy Turner ("defendant"), respectfully file this notice with the Court.

I.   Background

In January 2013, upon the request by the defendant and following a proper *Faretta* hearing, this Court permitted defendant to represent himself in this matter.  (*See* Order, Doc. No. 57.)  The Court appointed defendant's prior counsel to remain his standby counsel.

II.   Notice

At the request of the defendant, his standby counsel, and the Court, the United States made available for the defendant's use a laptop computer containing a searchable, electronic database of documentary discovery previously provided in this case to defendant's attorney when defendant was represented by counsel.  The computer has a working CD/DVD drive and defendant's standby counsel has provided defendant with all discovery disclosed during the course of this litigation.

9576357.1

The parties have been informed that the nature and extent of the defendant's use of the laptop computer while in pretrial custody remains at the discretion of the United States Marshals Service.

The undersigned parties are not seeking any action by the Court but are filing this notice to make a formal record of the disclosure.

Respectfully Submitted,

/s/ Justin Gelfand
Justin Gelfand
Gray Borden
Attorneys for the United States

/s/ Everett Urech
Everett Urech
Standby Counsel for James Timothy Turner

9576357.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. I also certify that I mailed a copy of this pleading to the defendant.

Respectfully Submitted,

/s/ JUSTIN GELFAND
JUSTIN GELFAND
Trial Attorney
U.S. Department of Justice, Tax Division
Southern Criminal Enforcement Section
601 D Street, N.W.
Washington, D.C. 20004
Tel:   (202) 616-9832
Fax:   (202) 514-0961
justin.k.gelfand@usdoj.gov

9576357.1