IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:12cr169-MHT |
| JAMES TIMOTHY TURNER | ) | (WO) |

### ORDER FOR PARTIAL JURY SEQUESTRATION

It is ORDERED that the jurors in this case shall be partially sequestered and shall be kept in the custody of the United States Marshals Service during the hours that the trial is in session or as otherwise directed by the court.

It is further ORDERED as follows:

(1) The United States Marshals Service shall make arrangements, and provide for adequate security, for the jury in accordance with the United States Marshals Service Directives.

(2) The United States Marshals Service shall make arrangements for the furnishing of vehicles for

  the daily transportation of jurors from a secure location, designated by the United States Marshal, and the United States Courthouse.

(3) The assigned United States Marshals Service personnel shall make certain that no member of the jury:

 (a) Has any unauthorized contact with any outside person.

 (b) Has any discussion with any outside person pertaining to the case.

 (c) Has written, telephonic, internet, or electronic communication with any person except under the direct supervision of the assigned United States Marshals Service personnel or as otherwise authorized by the court.

 (d) Unless otherwise authorized by the court, any juror or jury communication with the

>court shall be made in writing and placed in a sealed envelope by the jury or individual jurors and then turned over to the United States Marshals Service personnel, who shall properly and promptly deliver the communication to the court.

(4) The United States Marshals Service shall admonish its personnel assigned to jury custody not to fraternize with any juror or jurors other than such is necessary to carry out his or her specific duties set out herein, and specifically refrain from discussing his or her official duty in other cases.

(5) The court may still order full sequestration of the jury.

It is further ORDERED that the clerk of the court shall, pursuant to the provisions of 28 U.S.C. § 1871, expend sums to pay for meals for all jurors beginning

3

**with jury selection on March 18, 2013, and continuing until the conclusion of the trial.**

**DONE this the 26th day of February, 2013.**

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**