IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:12-cr-00169-MHT-WC |
| | ) | |
| JAMES TIMOTHY TURNER | ) | |

## MOTION TO SEAL EXHBITS

The United States of America, by and through United States Attorney George L. Beck, Jr., herein applies for an Order sealing certain exhibits filed by Defendant, and says as follows in support:

1.  On February 26, 2013, Defendant James Timothy Turner filed a document styled "Motion *in Limine* for a Fair Trial." Doc. 73. To this document, Defendant attached thirty-one exhibits. The Government has only been able to review these exhibits in a cursory manner, but many are either grand jury transcripts, inadmissible memoranda, or contain personal identifying information. The Government requests that these documents—or alternatively all exhibits to Defendant's Motion—be sealed for the reasons stated below.

2.  First, the grand jury transcripts filed by Defendant and now currently available to the general public through the Court's PACER system are prohibited from such disclosure by Federal Rule of Criminal Procedure 6(e). These exhibits include at least Nos. 3, 12, 18 and 21.

3.  Second, certain of the documents appear to contain personal identifying information, which is forbidden in public filings by Local Rule 5.2. This issue is present in at least Exhibit Nos. 17 and 24.

4.        Third, many of the exhibits filed by Defendant are memoranda of investigative activity or interviews that are inadmissible at trial as hearsay and for other reasons.[1]  Public availability of these exhibits serves no legitimate purpose and runs the risk of improperly influencing the jury pool.  This problem impacts at least Exhibit Nos. 9, 13, 15, 22, 23 and 25.

## Conclusion

5.        For the reasons stated, the Government respectfully requests that the Court seal the exhibits listed above, or alternatively seal all exhibits filed with Defendant's Motion *in Limine* for a Fair Trial, for the good cause shown.

Respectfully submitted this 27th day of February, 2013.

FOR THE UNITED STATES ATTORNEY
GEORGE L. BECK, JR.

*/s/ Gray M. Borden*
GRAY M. BORDEN
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104
Tel: (334) 223-7280
Fax: (334) 223-7560
Email: gray.m.borden@usdoj.gov

---

[1] While the undersigned was drafting this Motion, the Court issued its show-cause Order (Doc. 75) related to the admissibility of each of the exhibits attached to Defendant's Motion.  The Government will respond to that Order with respect to each exhibit, and the Government's failure to address many of the exhibits with specificity in the instant Motion should not be interpreted as the Government's agreement that any of the exhibits are, in fact, admissible.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:12-cr-00169-MHT-WC |
| | ) | |
| JAMES TIMOTHY TURNER | ) | |

## CERTIFICATE OF SERVICE

I, Gray M. Borden, Assistant United States Attorney, hereby certify that on this the 27th day of February, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record, and also deposited a copy of same in the U.S. Mail, postage prepaid and properly addressed to Defendant.

Respectfully submitted,

*/s/ Gray M. Borden*
GRAY M. BORDEN
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104
Tel: (334) 223-7280
Fax: (334) 223-7560
Email: gray.m.borden@usdoj.gov