IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. 1:12-CR-169-MHT |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| JAMES TIMOTHY TURNER, | ) | |
| | ) | |
| Defendant. | ) | Trial: March 18, 2013 |

**GOVERNMENT'S EXHIBIT LIST**

| Number | Description |
|---|---|
| 1 | Packet Received by Office of the Alabama Governor |
| 2 | September 9, 2008 Filing in Dale County Probate Court |
| 3 | Turner's Applications for a U.S. Passport |
| 4 | Maritime Lien Filed in Montgomery County Probate Court |
| 5 | Contact List of jtturner022@yahoo.com |
| 6 | Turner Seminar Schedule |
| 7 | Thomas Frye Plea Agreement |
| 8 | Frye Materials from Turner Seminar |
| 9 | Grand Jury Transcript: Testimony of Thomas Frye |
| 10 | Kathy Frye Plea Agreement |
| 11 | Grand Jury Transcript: Testimony of Kathy Frye |
| 12 | Materials from Turner Seattle Seminar |
| 13 | Audio of Meeting Between IRS-CI Undercover Agent and Turner |
| 14 | Transcript of Meeting Between IRS-CI Undercover Agent and Turner |
| 15 | Certified IRS Record: Turner 2005 IRS Form 1040 |
| 16 | Certified IRS Record: Lack of Record for Tax Return for James Timothy Turner from 2006 through 2011 |
| 17 | Certified IRS Record: Karen Turner 2009 IRS Form 1040 |
| 18 | IRS Instructions for 2009 IRS Form 1040 |
| 19 | Certified IRS Record: IRS Form 1096 Packet Including 1099-OID and 1040-V Dated 2010 by James Timothy Turner |
| 20 | Certified IRS Record: Lack of Record for 1099-OID from Apalachicola State Bank |
| 21 | Certified IRS Record: Correspondence from James Timothy Turner |
| 22 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of James Timothy Turner in Amount of $300 Million |
| 23 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "C.H." in Amount of $300 Million |
| 24 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "M.E." in Amount of $100 Billion |

| | |
|---|---|
| 25 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "W.W." in Amount of $100 Billion |
| 26 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "J.G." in Amount of $10 Million |
| 27 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "T.F." in Amount of $100 Billion |
| 28 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "P.L." in Amount of "Unlimited" |
| 29 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "L.M." in Amount of $300 Million |
| 30 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "L.M." in Amount of $2 Trillion |
| 31 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "G.Z." in Amount of $100 Billion |
| 32 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "B.E." in Amount of $300 Million |
| 33 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "R.E." in Amount of $300 Million |
| 34 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "J.D." in Amount of $100 Billion |
| 35 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "J.D." in Amount of "10 Billion" |
| 36 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "E.G." in Amount of $300 Million |
| 37 | Certified IRS Record: Package Sent to IRS Including "Bond" in Name of "E.G." in Amount of $300 Million |
| 38 | Vincent Robinette Plea Agreement |
| 39 | Grand Jury Transcript: Testimony of Vincent Robinette |
| 40 | Video Recording of Turner Seminar: Day 1 |
| 41 | Video Recording of Turner Seminar: Day 2 |
| 42 | Video Recording of Turner Seminar: Day 3 |
| 43 | Certified Copy of MDAL Court Record: "Civil Rights Complaint" |
| 44 | Mark Murray Plea Agreement |
| 45 | "Act of State" Document |
| 46 | $5,000 Check From "M.M." to James Timothy Turner Dated May 8, 2009 |
| 47 | Journal of Turner Seminar Records #1 |
| 48 | Journal of Turner Seminar Records #2 |
| 49 | Assorted Turner Seminar Records |
| 50 | Grand Jury Transcript: Testimony of Mark Murray |
| 51 | Felicity Keough Plea Agreement |
| 52 | Keough Materials from Turner Seminar: "Freedom Documents" |
| 53 | Keough Materials from Turner Seminar: "American Freedom Enforcement Seminar" |
| 54 | Grand Jury Transcript: Testimony of Felicity Keough |
| 55 | Fingerprint Card of James Timothy Turner |

| | |
|---|---|
| 56 | CV of Luddie Williams |
| 57 | CV of Matthew Johnson |
| 58 | OCC Alert 2003-7 |
| 59 | Certified Copy of Audio CD of November 5, 2008 Evidentiary Hearing |
| 60 | Certified Copy: "Notice of Final Determination and Judgment in Nihil Dicit" |
| 61 | Certified Copy of November 6, 2008 "Order Disallowing Claim" |
| 62 | May 14, 2008 Correspondence from James Timothy Turner to "C.E." Entitled "Notice" |
| 63 | Certified Transcript of November 5, 2008 Evidentiary Hearing |
| 64 | Scottrade Business Record: Brokerage Account Application |
| 65 | PeoplesSouth Business Record: Records for Account # XXXXXX2292 (2009) |
| 66 | Wells Fargo Business Record: Records for Account #XXXXXXXXX3459 (2009) |
| 67 | Wells Fargo Business Record: Records for Account #XXXXXXX6564 (2009) |
| 68 | Wells Fargo Business Record: Records for Account #XXXXXXXXX6563 (2009) |
| 69 | Bank of America Business Record: Records for Account #XXXXXXXX6519 (2009) |
| 70 | CV of Susan Tyson |
| 71 | Revenue Agent Report |
| 72 | Summary of Total Income |
| 73 | Summary Analysis of PeoplesSouth Bank Account # -2292 |
| 74 | Summary Analysis of Wachovia Bank Account # -3459 |
| 75 | Summary Analysis of Wachovia Bank Account # -6564 |
| 76 | Summary Analysis of Wachovia Bank Account # -6563 |
| 77 | Summary Analysis of Bank of America Account # -6519 |
| 78 | Summary: Tax Filing Requirements for 2009 |
| 79 | Summary: Turner Tax Filing History 2006 – Present |
| 80 | Grand Jury Transcript: Testimony of John Worrell |
| 81 | Email from James Timothy Turner to "J.M." |
| 82 | Letter to James Timothy Turner from "C.E." |
| 83 | Email from James Timothy Turner to "J.M." 7/25/08 |
| 84 | Bankruptcy Filing by James Timothy Turner |
| 85 | Miscellaneous Documents Provided by James Timothy Turner to "C.E." |
| 86 | Summary of Seminars |
| 100 | Yahoo Search Warrant: 01/17/12 Email |
| 101 | Yahoo Search Warrant: 01/11/12 Email |

9651348.1

| 102 | Yahoo Search Warrant: 12/02/10 Email |
|---|---|
| 103 | Yahoo Search Warrant: 04/01/10 Email |
| 104 | Yahoo Search Warrant: 12/06/11 Email |
| 105 | Yahoo Search Warrant: 1/10/12 Email |
| 106 | Yahoo Search Warrant: 10/08/11 Email |
| 107 | Yahoo Search Warrant: 07/29/11 Email |
| 108 | Yahoo Search Warrant: 04/04/11 Email |
| 109 | Yahoo Search Warrant: 09/10/09 Email |
| 110 | Yahoo Search Warrant: 11/15/11 Email |
| 111 | Yahoo Search Warrant: 07/01/11 Email |
| 112 | Luddie Williams Expert Report |

Respectfully Submitted,

/s/ JUSTIN GELFAND
Justin Gelfand
Gray Borden
Attorneys for the United States

9651348.1