CERT MAIL # 7012 1640 0000 4786 0998

RECEIVED

2013 MAR 19  A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                    CASE NO. 1:12-cr-00169-MHT

JAMES TIMOTHY TURNER

---

James Timothy Turner,                      IN ADMIRALTY
Third Party Plaintiff                      28 USC 1333
V.

MYRON H. THOMPSON, JUDGE; WALLACE CAPEL, JR., MAGISTRATE JUDGE;
GRAY BORDEN, US ATTORNEY; JUSTIN GLENNON, US ATTORNEY; SUSAN TYSON,
AGENT, INTERNAL REVENUE SERVICE; MATHEW JOHNSON, U.S. TREASURY;
LESLIE BROWN, U.S. DEPARTMENT OF JUSTICE; TOM HETRICK, FEDERAL
BUREAU OF INVESTIGATION; LOUIE WILSON, FEDERAL BUREAU OF
INVESTIGATION; LUDDIE WILLIAMS, FERAL BUREAU OF INVESTIGATION;
BILL BELERGRORE, FEDERAL BUREAU OF INVESTIGATION; DEBRA
P. HACKETT, CLERK, US DISTRICT COURT; LUTHER J. STRANGE, III,
ATTORNEY # 9033675 45; JEFFERSON AND SHELBY, ATTORNEY
AT LAW; all JOHN DOE THIRD PARTY RESPONDENT; TO
BE IDENTIFIED, et al.

1 OF 35

AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY
TO CURE, COUNTER CLAIM, IN ADMIRALTY, SUPPORTED BY
AFFIDAVIT, ATTACHMENT "A", SUPPORTING A MOTION
TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Comes now, James Timothy Turner, a living Flesh and blood
man, and damaged party by Special Restricted Appearance
and not Appearing generally, in Admiralty, pursuant to 28 USC
1333, "The Saving to the Suitors Clause". This "motion to
dismiss For LACK OF Subject matter Jurisdiction and counter claim"
is to be heard pursuant to the laws of Admiralty in which
this Court has original jurisdiction. James Timothy Turner,
the Third party Plaintiff is Appearing by Special Visitation,
in his Full Commercial Liability and requests that the Third
party Respondents do the same, pursuant to the "Equal Standing
Doctrine". The Third party Plaintiff Respectfully requests
leniency As to proceedure As he is not An Attorney,
pursuant to Haines U. Kerner at 404 US 519.

NEGATIVE AVERMENT

## AS TO COUNT ONE:

On or about September 17, 2012, I, James Timothy Turner, a living flesh and blood man, was kidnapped, against his will and without his consent, by armed agents of the United States, a foreign municipal corporation, the U.S. Department of Justice, and the U.S. Federal Bureau of Investigation, and placed in confinement at the Montgomery County jail, Montgomery, Alabama. This was done pursuant to an unlawful judgment that was issued for one "JAMES TIMOTHY TURNER", an "ARTIFICIAL Person" and "Corporate entity". "James Timothy Turner", a living flesh and blood man and "JAMES TIMOTHY TURNER", an "ARTIFICIAL Person" and "Corporate ENTITY" are NOT the same. I believe there IS NO EVIDENCE to the contrary. See attached "B" for references.

## AS TO COUNT TWO:

On or about September 17, 2012" James Timothy Turner, a living flesh and blood man, was taken to a hearing before Magistrate JUDGE WALLACE CAPEL, JR. at the Federal Court-house, in Montgomery, Alabama, for a custody hearing that was scheduled for one "JAMES TIMOTHY TURNER" an

"ARTIFICIAL PERSON" and not the same as "James Timothy Turner", a living flesh and blood man. Judge Capel ordered "James Timothy Turner", the living flesh and blood man, be held in custody at the Montgomery County Jail pending a detention hearing and arraignment. "James Timothy Turner", a living flesh and blood man complied peacefully without consent while under threat, duress and coercion by armed officers of the United States Department of Justice. I believe there is no evidence to the contrary. See Attachment "A" for lawful references.

AS TO COUNT THREE :

On or about October 1, 2012 I "James Timothy Turner", a living flesh and blood man was taken, by armed agents of the United States Department of Justice, to a hearing before Magistrate Wallace _____, at the Federal Court house in Montgomery Alabama. "James Timothy Turner", a living flesh and blood man complied peacefully without consent. When asked to make a plea I "James Timothy Turner", a living flesh and blood man requested the court offer "Nature and Cause" of the action to determine if I could make a lawful plea. Judge Capel denied me nature and cause. No signed complaint by a damaged party was produced and

(4)

and no INJURY was stated or defined. No jurisdiction over the person of the living man "James Timothy Turner", was proven. No damaged party produced a claim. No Ratification of Commencment was established. The Actions of the officers of this court were direct Violations of Due process Rights Requested by "James Timothy Turner" the living man. No Subject matter jurisdiction was established by this court and pursuant to law this case must be dismissed due to lack of Subject matter jurisdiction. I entered no plea + did not consent to the guilty plea entered by Judge capel. I believe there is no evidence to the contrary. See Attachment "A"

AS TO COUNT FOUR:

AFFIDAVIT OF NON-CORPORATE STATUS

I", James Timothy Turner," a living Flesh and blood man, do hereby, by this AFFIDAVIT, declare that I", James Timothy Turner", the living Flesh and blood man, am NOT an "ARTIFICIAL PERSON"; Corporation; Citizen of the United States; a Foreign municipal corporation; Citizen or Subject of any Corporate state, as incorporated with the United States; a Foreign municipal corporation; a corporation created by law; a resident of the United States; a Foreign municipal corporation; A Slave; A WARD of any state, corporation or district; Indigent; A Resident, subject, or citizen of any incorporated

municipality, city, county, state, judicial district,
school zone, postal zone, voting district, school
district, territory, area or place that the united
states, a foreign municipal corporation has ownership,
control of, or jurisdiction of, whether by physical
location or creation of laws, ordinances, agreements,
contracts, codes, regulations, or other method.
I believe there is no evidence to the contrary. A
Affidavit bearing the signature of "James Timothy
Turner" is attached to validate this affidavit.

AS TO COUNT FIVE:

I, "James Timothy Turner," the living flesh and blood
man, do hereby declare, that I have no lawful
contract or any type or kind with the United States,
a Foreign Municipal Corporation; any of its subsidiaries,
subdivisions, districts, territories, zones, sub-
corporations, courts, representatives, organizations, agents,
contractors, or any such thing. IF the UNITED STATES
DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA has any presumption or assumption that
I "James Timothy Turner", the living flesh and blood
man, has any contract with You, I rebut, deny,
contest, rescind, and affirm that I have ANY

lawful contract of any kind with this Court or
any other Court within the jurisdiction of
the United States, a foreign municipal corporation.
All law's predicated upon contract. Contracts
several legal lawful requirements to be valid.
Among those requirements of a lawful contract
are agreement between the parties (must be voluntary
not coerced or under threat), the terms and conditions
of the contract must be fully disclosed to the parties,
and there must be consideration or exchange of
something of value between the parties. IF
this Court presumes or assumes that I, "James
Timothy Turner", have entered into any lawful contract
I request that they produce the "wet ink" original
signed contract that I signed giving you any
jurisdiction over the living Flesh and blood man.
There is no lawful contract and I believe
there is no evidence to the contrary. See
Affidavit- Attachment "A" for legal references.

AS TO COUNT SIX:
I, "James Timothy Turner", the living Flesh and blood man,
do hereby accept the Oaths of office of all
Judges, magistrate judges, clerks of Court, officers and
agents of any and all departments or Agencies, Representatives

Contractors or any such person, who holds an
office or position that has or should have taken
an oath to uphold the Constitution of the United
States or, United States of America, and has or
should have said oath of office filed in the
public record pursuant to the United States constitution.
and or Statutes, of any and all who have any
involvement in Case Number 1:12-CR-00169-MHT in
this Court. I hereby bind all of the above mentioned
officials, officers, agents or persons to their oaths
to uphold the law pursuant to the United States
Constitution and Bill of Rights, which is still the
Supreme law of the land for a living non-corporate
man. Failure to obey your oaths to uphold the
law pursuant to the constitution will be a
violation of said oaths and will result in
civil as well as criminal penalties. I believe
there is no evidence to the contrary. See
AFFIDAVIT Attachment "A" for lawful references.

AS TO COUNT SEVEN:
I, "James Timothy Turner", the living Flesh and blood man,
do hereby AFFIRM that I am not a corporation
and therefore cannot appear before a corporate
Court and enter a plea. No laws have been proven

by congress granting that corporations should be treated the same, under the constitution, as a living Flesh and blood man or woman. The U.S. Supreme Court Ruled in Wilson v. Omaha Tribe 442 US 653, 657 (1979) that statutes employing the person and corporation are ordinarily construed to exclude the Sovereign man or woman. This court has no evidence in law that it has the lawful Authority to Force or even allow a plea From a living, breathing, Flesh and blood Sovereign man or woman to be entered into this Corporate Court. I believe there is no evidence to the Contrary.

As To Count Eight:

Traditionally the corporate courts, across America, deny the Sovereign Status of the American People. In the reality of law there is a presumption that we have Accepted contracts that have removed us From that status as Sovereigns. This may be correct As long as the living Flesh and blood man or woman does not protest or Rebut the presumption or Assumption of said contract. The Fact in law is the American People do have the lawful Right and Capacity to live as Sovereigns but do lack of knowledge and understanding many are enslaved.

Some Americans however, have realized they do have the lawful capacity to regain their sovereign Status by Rebutting the Assumptions and presumptions that the United States, a foreign municipal corporation has imposed upon them, through Adhesion contracts through deceit and trickery. I, "James Timothy Turner" a living Flesh and blood man do hereby declare I am a sovereign American man sojourning on the NON-incorporated Soil of America. I rebut any and All presumptions of any Adhesion Contracts and give no Consent, at any time, for any Reason, to the United States, a Foreign municipal corporation, any and all UNITED STATES DISTRICT COURTS, any and all sub-corporations, subdivisions, Departments, Agencies Judges, officers, Agents, employees or the like to claim jurisdiction over "James Timothy Turner" the living Flesh and blood man. I do not Consent, in any manner, to any Jurisdiction by this court over the living Flesh and blood man "James Timothy Turner", at any time. This court has no jurisdiction over the person of the living Flesh and blood man without his Voluntary and informed Consent and I do not give any Consent. I believe there is no evidence to the Contrary.
See Attachment "A" for law references.

AS TO COUNT NINE:

I, "James Timothy Turner", the living man, AFFIANT, do hereby give _____ _____ _____ _____ As opposed to a debtor. AFFIANT is one of the Paramount creditors of the United States, a Foreign municipal Corporation, which is A debtor to the Sovereign American People. Since the bankruptcy of the United States in 1933 the private homes & property of the People of America have been pledged to Fund the United States, A foreign municipal corporation. The United States, Foreign municipal Corporation along with its courts, agencies, _____ _____ and contractors have by FRAUD, trickery and deceit unlawfully reversed the roles of the People from that of Creditor to debtor. These _____ _____ enslaved a whole nation of otherwise Free people. THE UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ALABAMA is currently holding and continuing "James Timothy Turner", the living Flesh and blood man, For an alleged abortion in the form of an indictment (charter paper) served upon "JAMES TIMOTHY TURNER", the Artificial person and corporate entity without the consent of "James Timothy Turner", the living Flesh and blood man. "JAMES TIMOTHY TURNER" is A debtor to "James Timothy Turner", the living Flesh & blood

man and Secured Party Creditor. Documentation of this Fact has been Filed into CASE Number 1:12-CR-00169-MHT to verify that FACT. A private Contract, Security Agreement, is on File with the Alabama Secretary of State and this Court. Pursuant to Rule 8 I, "James Timothy Turner," the secured Party Creditor, For "JAMES TIMOTHY TURNER" the "ARTIFICIAL PERSON," "Corporate ENTITY" and Debtor, do herby ACCEPT For VALUE and Consideration All charges, Fines, Fees, Restitution + Costs For Indictment Number 1:12-CR-00169-MHT. Please Use my private exemption number 263254067 and charge to 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 And Autotris to settle and close this Account and release the Collateral "James Timothy Turner" the living man. I Requested my commercial remedy At the Arraignment on or about October 1, 2012 to settle this Account in the private Commercial side and Avoid any Criminal Controversy For any Alleged dishonor in Commerce. Judge Wallace Capel Denied my Request For Remedy and forced "James Timothy Turner", the living man, into A criminal public case when "JAMES TIMOTHY TURNER", the Artificial Person and Corporate entity was named on the charging document (indictment), without the consent of the living man and Secured Party Creditor "James Timothy Turner".

(12)

Since the Arraignment I, "James Timothy Turner", the living men have been unlawfully held in custody and confinement at Montgomery County Jail in Montgomery Alabama, against my will and consent. I believe all of the officials, officers, agents, Representatives, employees, contractors or the like, of the United States, a foreign municipal corporation, this district court, the U.S. Department of Justice, the Federal Bureau of Investigation and Internal Revenue Service have conspired, have worked in collusion & civil as well as criminal endeavoring together to arrest, detain, charge, convict and imprison "James Timothy Turner", on a fraudulent indictment that was served in the name of an artificial person, "JAMES TIMOTHY TURNER", a corporate entity. I believe the actions are/or are they not fraud, deceitful, malicious and done by trickery with knowledge and intent, and is an Act of war against the sovereign and one of the Sovereign people. I believe there is no evidence to the contrary.

AS TO COUNT TEN:
I, James Timothy Turner, the living flesh and blood man, do hereby formally raise a Federal Question. About October 2012, I filed documents into case

Number 1:12-cr-00169, in this U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, FOR
the purpose of challenging the lawful validity
of Titles 18, 21, and 26 of the United States
Code. Convincing evidence by copies of letters from U.S.
Congress officials clearly indicating that the
bill that should have given Congressional Authority
to the above mentioned titles was never voted on
by a lawful number of members of Congress. This
action violates the Quorum clause of the United
States Constitution which the officers of this
Court and all of the agents, officers, Representatives,
employees, Contractors, or the like Are bound to uphold
pursuant to oath, affirmation and/or law. This
Question is also before the Eleventh Circuit, the
House and Senate judiciary Committee, and the
U.S. Supreme Court. This is a valid & pertinent
Question of law that must not be ignored.
This Question is of such a serious nature
that continuing with any prosecution without the
Consent of a living man or non-corporate status
would be tantamount to an act of war against
the Constitution of the United States and treason
against the Sovereign men and women of America.
I, "James Timothy Turner", do not give any Consent

(14)

to the UNITED STATES DISTRICT COURT'S to
continue any arrest, detainment or prosecution
until this Federal Question is answer pursuant
to the United States Constitution. To even suggest
that a living Sovereign American man or woman
should be prosecuted under a Code that has
no lawful authority would be a violation of
the rights of the people. It would also be a fraud
against all Humanity. A act such as that could
destroy the entire criminal justice system in
America IF exposed. I believe this Court has
no authority to arrest, hold, detain, prosecute or
otherwise molest "James Timothy Turner" until this
Federal Constitutional question is settled in
a lawful manner. I believe there is no
evidence to the contrary.

AS TO COUNT ELEVEN:
I, "James Timothy Turner", the Living Flesh and Blood
man do hereby Affirm that it is proper and lawful
to File a motion to Dismiss a case based on
Lack of Subject Matter Jurisdiction at any time
during a proceeding. I believe there is no
evidence to the contrary.

AS TO COUNT TWELVE:

I, "James Timothy Turner", A living Flesh + blood man, requested ASSISTANCE of Counsel from one "Tyrone Williams" at the beginning of this case before the Arraignment. MR. Williams was unlawfully detained and threatened by unidentified Agents of the United States, a foreign municipal corporation. MR. Williams was told to leave my case alone or he would be in big trouble and due to the unlawful actions of these unidentified agents the ability to present an adequate defense in this case has been severely Compromised. MR. Williams has available certain lawful evidences that would clearly justify a not Guilty verdict by a jury. This evidence will not be available due to the unlawful actions of these agents. I believe there is no evidence to the contrary.

AS TO COUNT THIRTEEN:

I, James Timothy Turner", the living Flesh and blood man, do hereby submit that this Court has no Subject matter, In REM, or IN Personam Jurisdiction over the living Flesh and blood man James Timothy Turner". Pursuant to legislated law Case Number 1:12-cr-00169-MHT must be dismissed. I believe there is no evidence to the contrary.

(16)

AS TO COUNT THIRTEEN:

I, "James Timothy Turner," the living Flesh and blood man do hereby declare, that I have no licenses contracts or agreements, in my name, with the United States, a Foreign municipal corporation, that were lawfully established by laws of Contract. Any such licenses or Agreements that may be produced, that bear the signature of "James Timothy Turner", the living Flesh and blood man, were signed by "Accomodation" by the Secured Party Creditor, on behalf of, and for the benefit of, "JAMES TIMOTHY TURNER" An artificial Person and corporate entity. This would include IRS forms, bank account agreement, Licenses, permissions for any and all privileges, library cards, Voter Registration, marriage license application, Job Applications, or any such contract or agreement. By signing any of these by Accomodation, the living Flesh and blood man, Secured Party Creditor, understands pursuant to law he bears no liability on the signature when signing by Accomodation. Any license, Application for any privilege or Agreement that bears or is issued in the name of "JAMES TIMOTHY TURNER" the all capital letter named ARTIFICIAL Person and

Corporate entity, was signed by Accomodation.
I believe there is no evidence to the contrary.

## NOTE:

I, James Timothy Turner, the living flesh and
blood man, do hereby declare that the signed
and notarized AFFIDAVIT Enclosed as
ATTACHMENT "A" is included and is an ADDENDUM
to this AFFIDAVIT OF Negative Averment, OPPORTUNITY
to CURE and Counterclaim and is a supporting
document containing numerous refferences
that prove and justify the statement contained
herein. Attachment "A" will be considered as
a lawful part of the whole AND subject to
the same terms and conditions as provided
in this AFFIDAVIT OF Negative AVERMENT
OPPORTUNITY TO CURE AND COUNTERCLAIM.

## OPPORTUNITY TO CURE

NOW being served the Third Party Respondent shall have Thirty (30) calendar days to respond with a lawful answer, from the date of Service. Notice to Agent is Notice to Principal and Notice to Principal is notice to Agent. Each and every Count must be answered Point by Point AND every defense for each point must be accompanied by lawful documentation to prove each point. No Color of Law documents will be accepted as proof of Claim or defenses. This documentation must also be accompanied by a signed and notarized Affidavit from each and every individual respondent certifying the authenticity of the proof while under Full Commercial liability and penalties of the law including perjury. Failure to answer as described above within thirty (30) calendar days will be default. Partial or incomplete answers or answers recieved without proper documentation as described here in will be default. Partial or incomplete answers will be a default on the whole count. Failure to answer as described here in will be default. Default will be complete and voluntary Agreement with all terms & conditions herein.

(19)

DeFault will constitute a Voluntary Contract between the Parties and Full & Informed, Voluntary Consent to Agree to All damages as described in the Counterclaim herein. DeFault is complete and Voluntary Consent to Contract and Agreement to pay All damages on demand by the Third Party Plaintiff as described herein. By default ony or all Third Party Respondents waive all rights To Protest, by lawsuit or arbitration Any/all Claims described herein, in the Counterclaim. Default is total Agreement with all statements, Counts, Violations and damages. Default will Subject Third Party Respondents to civil and Criminal Actions. Default is agreement to Voluntarily Waive All immunities From damages or prosecution. Default is agreement to Voluntarily Allow Claims Against all bonds or other insurants, Policies, Funds or the like And Surrender payment on demand, to the Third Party Plaintiff, or his designee without hinderance, harassment, threat, diversion, delay, unlawful conversion, Contest of Claim, or obstruction of any type or kind. Default is total and complete Agreement to Surrender any and all personal Assets as needed to satisfy Claims according to the

terms and conditions stated herein. Third
Party Plaintiff reserves the right to negotiate
terms of settlement, only at his pleasure. All
Third Party Respondents, named or unnamed have no
rights to Alter this agreement. The Third Party
Plaintiff reserves the right to negotiate the
Agreement in international jurisdiction upon
default of the Third Party Respondents. This
Claim may be cured upon dismissal of indictment
1:12-CR-00169 MHT and payment of an agreed
monetary and contractual settlement at the total
Voluntary, uncoerced agreement of the Third Party
Plaintiff, "James Timothy Turner" the living flesh and
blood man, or his designee, in the event of his
Untimely demise or incarceration. Admiralty laws
maxims and jurisdiction applies to all claims.
Forgiveness is an option extended to all Third
Party Plaintiffs upon True Repentance and restoration
pursuant to the terms and conditions as established
by the Third Party Plaintiff. All damages, for any
Parties who default, will be assessed and collected
As described in the Counterclaim herein. All
Third Party Respondents are termed Violators for
the purposes of the Counterclaim herein.

21

## COUNTERCLAIM:

UPON DEFAULT, DAMAGES will be assessed, pursued, Sought after and collected, Against All public bonds and private Assets (BY Agreement of the Parties), OF the Third Party Respondents, armed or unarmed, herein. Civil damages and Criminal Charges may Also apply. The Following violations will Apply to All Third Party Respondents who default As provided herein. The Following charges Apply.

1. Breach of Oath of Office: $250,000 U.S. Dollars per Violation Per Violator. 18 USC 3571

2. Denial of Proper Warrant: $250,000 U.S. Dollars Per Violation, Per Violator 18 USC 3571

3. Denial of Claim of Special Appearance: $250,000 U.S. Dollars Per Violation, Per Violator 18 USC 3571

4. Denial of Reasonable Defense Arguments: $250,000 US Dollars per Violation, per Violator 18 USC 3571

5. Denial to right of truth in Evidence: $250,000 US Dollars Per violation, Per Violator

6. Attempted Bribery: $ 250,000 US Dollars
   Per Violation, Per Violator  18 USC 3571

7. Converting a Right to A Privilege : 250,000
   US Dollars Per Violation, Per Violator  18 USC 3571

8. Denial of Provision in the Constitution: $250,000
   US Dollars Per Violation, Per Violator  18 USC 3571

9. Misprison of Felony: $500 US Dollars
   Per Violation Per Violator  18 USC 4

10. Conspiracy : $5,000 US Dollars  per violation
    Per Violator  18 USC 241

11. Attempted Extorsion : $5,000 US Dollars
    Per Violation Per Violator  18 USC 1872

12. TREASON : $ 250,000 US Dollars
    Per Violation, Per Violator  18 USC 3571

13. FRAUD: $5,000 US Dollars Per Violation
    Per Violator  18 USC 1001

14. FALSIFICATION OF Documents: $5,000 US Dollars
Per Violation, Per Violator   18 USC 1001

15. PERJURY: $5,000 US Dollars Per Violation
Per Violator  18 USC 1621

16. Suborchinating for JURY $5,000 US Dollars
Per Violation, Per Violator  18 USC 1621

17. GRAND THEFT: $5,000 US Dollars Per Violation
Per Violator  18 USC 2112

18. Racketeering (Civil): $25,000 US Dollars
Per Violation, Per Violator  18 USC 3571

19. Racketeering (Criminal): $250,000 US Dollars
Per Violation. Per Violator  18 USC 3571

20. UNLAWFUL DETENTION: $432,000 US Dollars
Per DAY, Per Violation, Per Violator

UPON Default All Claims will be due and
PAYable on demand of the Third Party Payee,
In Full within 10 days of demand. Failure to
SATISFY Claim in Full within 10 days of demand

(24)

by the Third Party Plaintiff, or his designee,
In the event of Third Party Plaintiffs untimely demise
or incapacitation. Failure of Third Party Respondents
to pay claims upon demand, as provided herein, will
Result in a fee of or Ten Percent (10%) of the
total accrued balance per month and ONE and
one half percent (1½ %) per month interest on balance.
Failure or refusal to ___ the said Claims will
Result in distress in the of public and or
Private bonds, Policies, Instruments or Chattel paper, (CAFR)
that is held by any Source, For the purpose of
indemnifying the public against improper and/or
Unlawful actions against the Public, by the
Third Party Respondents. Suits, Liens, encumbrances,
or other distress may be placed upon property assets
of the Third Party Respondents due to claim in DeFAULT
As per the terms and conditions of this Agreement will
Constitute a lawsuit binding (private) Contract
between the (private) Parties by Fully inFormed
Implied consent due to failure to act on the
Part of the Third Party Respondents. The legal
maxim of Agreement by Non-Response As described
herein will Apply & constitute said Contract. Full
and Complete disclosure has been given herein.
Govern yourselve; Accordingly.

# CONCLUSION:

I, James Timothy Turner, a living Flesh and blood man do hereby present and serve this document on the Court in the interests of truth and justice. This document is not intended to threaten, harass, hinder, obstruct or interfere with the lawful actions of the Court. It is not my intention to harm anyone in any capacity. It is my intention to seek truth and justice. I, "James Timothy Turner", the living Flesh and blood man, has been kidnapped + unlawfully detained upon false accusations, by officers, agents and officials of the United States, a foreign municipal corporation, The UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, the U.S. DEPARTMENT OF JUSTICE, THE FEDERAL BUREAU OF INVESTIGATION, and Internal REVENUE SERVICE. I have been forced against my will and without my consent to participate in proceedings in this Court. I have complied peacefully, but without any consent of any kind, For any Reason, under threat, Duress and coercion by armed OFFICERS, Agents and representatives who are employed by the U.S. departments and agencies listed above. I, James Timothy Turner, the living Flesh and blood man have been denied

and deprived of many of my God given unalienable
Rights such as, speedy trial, Due Process, Habeas Corpus,
Freedom of Speech, right to assemble, Nature and cause,
Ratification of Commencement, innocent until proven guilty
and many others due to About six months of
unlawful incarceration in Montgomery County Jail
based on an indictment that was served in the
name of one "JAMES TIMOTHY TURNER", An "Artificial
Person" and "Corporate Entity" that was created by
the United States, a foreign municipal Corporation
About 21 days after the "date of nativity" of "James
Timothy Turner", A living flesh and blood man. Pursuant
to the Doctrine of Laws, Showing, A Flesh and blood
man cannot be held to plead or otherwise answer
for A Corporation. The Flesh and blood man cannot
plead or be interpleaded. (See Attachment "A" for references)
Pursuant to Bundle v. Review Count, the U.S. Supreme
Court Ruled "If A party is not A corporation he cannot
Appear and plead in A court of the United States.
The charges brought forth in Case Number 1:12-cr-00169-
MHT are levied Against A corporate entity, one "JAMES
TIMOTHY TURNER", an "Artificial Person" created by
law and not me, "James Timothy Turner", A living flesh
and blood man. I, "James Timothy Turner", have not given
any consent for any person and all of my participation

(27)

IN ANY OF these proceeding was Done peacefully
but without Consent, under threat duress & coercion
by armed Agents of this Court. This Court is
operating in FRAUD and Fiction while attempting
to decieve a Sovereign American, living Flesh and
blood man, and Secured Party creditor, who Does
not give Consent At any time or FOR any Reason.
I, "James Timothy Turner," have respectfully requested that
the Court show Nature and Cause, Proof of claim, For
RATIFICATION of Commencement. No Damaged party
has been produced, no complaint, signed under oath
oath, or an injured non-corporate party has been produced,
NO DAMAGES have been identified and no proof OF
Subject matter, in Rem or in Personam jurisdiction
has been produced. Any and all presumptions
or assumptions of Contract have been rebutted
and all lawful challenges to this Court have
been ignored. The court is in Default on
many if not all of these issues As stated
on numerous documents that have been delivered
to this Court. I have even offered to settle
this on the private side in commerce to prevent
any Criminal Controversy and was denied by
Magistrate Judge Capel. This Court has And
Continues to Violate civil and Criminal Law

AND has significantly damaged "James Timothy
Turner", the living Flesh and blood man. See Attachmen
"A" For proof of my claims. I, James Timothy Turner, the
living Flesh and blood man hereby challenge the
Subject matter Jurisdiction of this Court. IF
this UNITED STATES COURT FOR THE MIDDLE DISTRICT
OF ALABAMA cannot prove Subject matter Jurisdiction
by lawfully documented proof of Claim supported
by Affidavit From the Clerk and All Judges in
Case Number 1: 12-CR-00169-MHT, while under oath
waiving all immunities From claims and prosecution,
in thier Full commercial liability, then this
Case must be dismissed, Closed and Damages
PAID and prosecution rendered, and "James Timothy
Turner must immediately be set Free to cure
the dishonor of this Court. Criminal Charges
may still be avoided if that window will close
VERY soon.
I, "James Timothy Turner", the living Flesh + blood man,
am 56 years old. I have been Accused or charged
with a crime in my life and have never been Arrested
until September 17, 2012. I am here on "Trumped up"
Charges, not because I have violated the law but
because I openly disagree with the United States
Foreign Municipal government, For thier unlawful Actions

Against the American People. According to A recent poll more than 70% of the American People disagree with the actions of the U.S. Corporate government. I have never promoted any unlawful or violent actions against the government or officials theror. There is no law that requires us to agree with the government. There is a law that protects Freedom of Speech. If the government can profile and detain a person with my history and background then none are safe or protected by the law. In the Current Political climate the founding fathers of our nation would be labeled Anti-Government, tax protesters And likely terrorists. It is not against any law to Assemble and peacefully Redress our grievances. Perhaps if someone would take the time to listen and obey the law we could move Forward and address the issues. The leaders of this nation have not listened and instead threaten, harass, obstruct, unlawfully imprison, demonize and unlawfully imprison those who disagree with them. Adolph Hitler did similar things. If history repeats itself I have to wonder how long it will be to mass roundups And gas chambers as was used in world war II. America is in real Trouble. Our leaders have chosen a path that tends

to eliminate God the Creator From our Society.
We support every un Godly agenda, And put down
Anything that tends to support truth and righteousness.
Attorneys, Judges, Agents, officers of the U.S.
Corporate government are bear False witness with
no Conscience, against innocent people regularly.
They have no concern For the suffering they cause
them and thier families. They all go thier way
Afterward thinking that it is ok because they
have the power to do it and get away with it.
The government, courts, and agencies do have
power. They have the people going on blindly, but
they, in many cases, do not have lawful authority
To exercise power without lawful is an act of
war against the Constitution and the People of
this Nation. It is unlawful, unjust and just
plain wrong to exercise power without lawful Authority.
It is also a criminal act and is malicious when
you continue with the Knowledge. I believe there
Are parallels between the Nation of Israel + America.
I believe that the same blessings and curses that
Applied to Ancient Israel also apply to the Nations
of Today. In Ancient Israel prophets Jeremiah,
Ezekiel, Isaiah repeatedly warned the people of
Israel that judgement was imminent unless they

(31)

Repented and turned from their wicked ways.
They refused to repent and they were destroyed and
lived in exile several times, the last time about 2500
years. All that was required of them was to stop
worshiping Idols and treat their Fellow countrymen
and strangers honestly and with respect. The People
of Israel refused and each time they were destroyed.
It began with an economic crash followed by famine
disease, death of many and foreign occupation.
America is following a similar path and if
unchecked it will suffer a similar fate. Many
in leadership positions feel they are untouchable.
The Creator can touch any of us with ease.
The Agencies, departments, courts + personell of
the United States Corporation seem to believe they
are immune from correction. They just as Ancient
Israel did, treat their fellow Americans often
with contempt. Americans enter the courts and
are harassed, threatened, lied to, intimidated and
generally treated in disgust by those who have sworn
an oath to protect them. Some who stood for
Right have even been killed and their murderers
exhonorated by the law enforcement community.
Laws, that are in total conflict with our Constitutional
protections, are enforced upon the People to protect

A luciferian Agenda by a few ultra wealthy foreign bankers who care nothing for those they harm and destroy or those who do thier bidding. Banks across the nation routinely steal properties via fraudulent mortgage schemes and use law officers and Judges to enforce it. They recieve bribes for thier services and pretend it is ok. Many of the same attend church on Sunday and pretend all is well. All is not well in America and if we do not stop this abuse of our people we are destined for judgment. None are immune no matter how much wealth and power we have. I am one of those Sovereign People who has been Abused. I see the pattern and I realize someone has to warn the people that the bridge is out Just ahead and you need to turn around so you won't be destroyed. Some think my message is a message of hate. They would have said the same about Jeremiah, Ezekiel, and Isaiah. I do not claim to be a prophet - but I have been compelled to warn the people that our system is out of control and we must correct it. I believe that the U.S. corporate government is destined to collapse due to failed fiscal policies, lust for power,

greed and corruption. The U.S. Corporate government has Violated Almost every treaty, invaded and impoverished many NAtions and peoples, in the name OF Freedom and democracy. They have done the same to thier own people As well. This U.S. Corporate government system is destined to Collapse under the juDDgement of the Creator, and I believe the First stage, economic Collapse, is close at hand. America will survive and come through Stronger, if we repent and stop mistreating our People and stop worshiping Idols i.e. mammon - I am writing this not because I wanted to, but because I am compelled to. I have little hope that this court cares or will read or listen to my words. One thing I am convinced of is that God the Creator has People At every level of this Government that do care. At some point they will be compelled to stand up and help us put our NAtion back on a Righteous track. I pray we will see that happen soon. I do not ask Anything of this court except respect, truth and justice. I will treat you with respect and ask for that in return. I will not pray to your court, I only pray to Yahweh, God, The Creator. I will not give you Any Consent for any of these proceedings. I will comply under threat, Duress and

coercion, but peacefully as I have in the past.
You may decide to destroy me with your system.
You certainly have the power to do so. There
will be two trials going on at the same time.
One in your court and one before God's throne.
In God's court I will be exhonorated of all
the charges on this indictment. In your court
we will see what happens. IF I am found
guilty you will be putting an innocent man in
prison based on false claims. In law this
case must be dismissed AND I should be set
free and allowed to return to my life; but I
know that the law means little or nothing in
some courts. I am a reasonable man. This could
be settled without any more harm being done.
IF it continues all sides will be injured, in
a lawful way, not by violence, but injury will
come to all who are involved in these unlawful
actions. I would rather settle this before it
goes that far but that is up to the officers,
agents and officials of this court. We could
all live in peace and prosperity. God Bless.

James Timothy Turner
James Timothy Turner
March 10, 2013

(35)

AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO
CURE AND COUNTER CLAIM
Total 36 pages including This page

# VERIFIED AFFIDAVIT

In Witness Whereof, I James Timothy Turner, Sui Juris, A, living man, solemnly Affirm and verify that I have read the Foregoing AFFIDAVIT And know its contents to be true, to the best of my knowledge, except as to the matters which are therein stated on my information or belief, and as to those matters, I believe them to be true. This instrument is submitted upon good Faith effort that is grounded in FACT, warranted by existing law FOR the modification or reversal of existing law And submitted FOR lawful + proper purposes, and not to cause harassment and unnecessary delay or costs, So help me God. See Supremacy Clause as all Constitution Laws + treaties Are the supreme law of the land

James Timothy Turn
James Timothy Turner

State of Alabama county of _Montgomery_
On this day the AFFIANT James Timothy Turner Appeared before me As A living man And verified his identity by proper OATH and identification And AFFIRMed the truth of the Foregoing AFFIDAVIT
DATE: 3/6/2013
MY Commission Expires: 1/8/2014
Notary Public _____    seal: