IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )
   v.                        )      CRIMINAL ACTION NO.
                             )         1:12cr169-MHT
JAMES TIMOTHY TURNER         )
```

## ORDER

It is ORDERED that all witnesses subpoenaed by defendant James Timothy Turner are excused until Monday, March 25, 2013, at 9:00 a.m.

As to witnesses Clinton Ford and Thomas Zanzola, it is further ORDERED that the United States Marshal shall arrange and pay for the cost of round trip airfare from Montgomery, Alabama to Chicago, Illinois departing on Wednesday, March 20, 2013, with a return flight from Chicago, Illinois to Montgomery, Alabama on Sunday, March 24, 2013. This round trip airfare is the only transportation cost the United States Marshal will pay for Ford and Zanzola.

DONE, this the 19th day of March, 2013.

           /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE