IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:12cr169-MHT |
| JAMES TIMOTHY TURNER | ) | |

<u>VERDICT</u>

1. As to Count 1, we, the jury, find the defendant, James Timothy Turner:

    _____ Not Guilty

    \_\_\_✓\_\_\_\_ Guilty of conspiracy to defraud the United States

2. As to Count 2, we, the jury, find the defendant, James Timothy Turner:

    _____ Not Guilty

    \_\_\_✓\_\_\_\_ Guilty of attempting to pass a false or fictitious financial instrument

3. As to Count 3, we, the jury, find the defendant, James Timothy Turner:

    _____ Not Guilty

    \_\_\_✓\_\_\_\_ Guilty of aiding and abetting an attempt to pass a false or fictitious financial instrument

4. As to Count 4, we, the jury, find the defendant, James Timothy Turner:

    _____ Not Guilty

    \_\_\_✓\_\_\_\_ Guilty of aiding and abetting an attempt to pass a false or fictitious financial instrument

5. As to Count 5, we, the jury, find the defendant, James Timothy Turner:

    _____ Not Guilty

    \_\_\_✓\_\_\_\_ Guilty of aiding and abetting an attempt to pass a false or fictitious financial instrument

6. As to Count 6, we, the jury, find the defendant, James Timothy Turner:

    _____ Not Guilty

    \_\_\_✓\_\_\_\_ Guilty of aiding and abetting an attempt to pass a false or fictitious financial instrument

7. As to Count 7, we, the jury, find the defendant, James Timothy Turner:

    _____ Not Guilty

    \_\_\_✓\_\_\_\_ Guilty of aiding and abetting an attempt to pass a false or fictitious financial instrument

8. As to Count 8, we, the jury, find the defendant, James Timothy Turner:

        _____ Not Guilty

        \_\_✓_____ Guilty of corruptly endeavoring to obstruct or impede the due administration of the internal revenue laws

9. As to Count 9, we, the jury, find the defendant, James Timothy Turner:

        _____ Not Guilty

        \_\_✓_____ Guilty of failing to file a tax return

10. As to Count 10, we, the jury, find the defendant, James Timothy Turner:

        _____ Not Guilty

        \_\_✓_____ Guilty of false testimony under oath in a bankruptcy proceeding

SO SAY WE ALL.

                                                            \_\_8

Dated: 22 March 2013