IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **1:12cr169-MHT** |
| | ) | **(WO)** |
| **JAMES TIMOTHY TURNER** | ) | |

### ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on August 15, 2014 (doc. no. 202), affirming the judgment of conviction and sentence pronounced in this case as to defendant James Timothy Turner on July 31, 2013, and entered on August 6, 2013 (doc. no. 173), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on October 1, 2014 and received in the office of the clerk of this court on October 1, 2014 (doc. no. 203), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant James Timothy Turner on July 31, 2013, and entered on August

6, 2013 (doc. no. 173), is continued in full force and effect.

DONE, this the 17th day of October, 2014.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**