UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> V. <br><br> JAMES TIMOTHY TURNER <br> Defendant. | ) Case No.:1:12cr00169-MHT <br> ) <br> ) WRIT OF PRAECIPE <br> ) TO THE CLERK OF THE UNITED STATES <br> ) DISTRICT COURT FOR THE DISTRICT <br> ) MIDDLE DISTRICT OF ALABAMA, <br> ) SOUTHERN DIVISION <br> ) <br> ) |

   COMES NOW, james timothy turner, a natural person and Grantor-Beneficiary on behalf of Defendant JAMES TIMOTHY TURNER, an artificial person, hereinafter "Grantor-Benediciary" to present this Writ of Praecipe to the Clerk of the United States District Court, hereinafter "Trustee" for Remedy and Relief as herein more fully appears, and makes the following statements of his own knowledge that:

   1. Grantor-Beneficiary accepted, endorced, and returned the indictment in the above referenced case, hereinafter "Property" together with a bond for costs of attachment, fees, court costs, et cetera, nunc pro tunc the 12th day of September, 2016 via United States Postal Service, First-class, postage prepaid, Certified Mail No.:70153434000075269349 , a copy attached hereto and incorporated herein and marked as "Exhibit A", to the Trustee for full setoff, settlement, and closure of case/account No.: 1:12cr00169-MHT in the United States District Court, hereinafter "Account" pursuant to United States Congressional Act as evidenced at Title 12 USC §95a(2) that states in pertinent part:

> "Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder."

## REMEDY AND RELIEF DEMANDED

Grantor-Beneficiary hereby demand that Trustee immediately provide the following:

a) Grantor-Beneficiary hereby demand that Trustee deposit the Property conveyed to the Trustee (see copy Exhibit A) to the Order of the United States if the Property has not already been deposited and credit the Account.

b) Grantor-Beneficiary hereby demand that Trustee issue or cause to be issued the full acquittance and discharge for the the Account, for immediate release and discharge of both the Defendant and the Grantor-Beneficiary.

c) Grantor-Beneficiary demand that Trustee forthwith forward said aoquittance (receipt) and discharge for the Account to the Grantor-Beneficiary and the Federal Bureau of Prisons at USP Marion, as necessary to effect release and discharge of both the Defendant and the Grantor-Beneficiary.

It is consented and agreed between Trustee and Grantor-Beneficiary that Trustee's acceptance of the Property and the

Bond conveyed by the Grantor-Beneficiary (see copy Exhibit A) constitutes a fiduciary duty by the Trustee to deposit the Property to the Order of the United States in accordance with United States Congressional Act evidenced at Title 12 USC 95a(2), issue or cause to be issued the full acquittance and discharge for all purposes of the obligation(s) in the Account, and to cause the immediate release and discharge of both the Defendant and Grantor-Beneficiary.

TIME IS OF THE ESSENCE

Failure by the Trustee to perform hereto shall constitute consent and agreement between the Trustee and Grantor-Beneficiary that Trustee is acting in bad-faith and obstructing justice, in breach of Trustee's fiduciary duty herein, oath of office, and individually with malice aforethought, causing irreparable injury and harm to both Defendant and Grantor-Beneficiary herein, incurring liability under the law.

VERIFICATION

james timothy turner, makes affirmation that the statements in his foregoing WRIT OF PRAECIPE made on his own knowledge are true.

Executed under signature and seal this __4th__ day of __October__ 2016.

_James timothy turner_ Seal

ATTESTATION

Page 3 of 5<br>WRIT OF PRAECIPE

Illinois State              )
                            )
Williamson county           )

     Personally appeared before us, private Americans, at said county and State, james timothy turner, who is personally known to us, deposed, said, and affirmed that the facts setforth in his foregoing WRIT OF PRAECIPE, are stated upon his own personal knowledge and are true, correct, complete, and not misleading, under penalty of perjury, and did before us solemnly affirm as true and subscribe this __4th__ day of __October__, 2016.


Affirmed and subscribed before me.   _____
                                              Gordon Leroy Hall, witness

Affirmed and subscribed before me.   _____
                                              Tyrone Eugene Jordan, witness

Affirmed and subscribed before me.   _____
                                              Kurt Johnson, witness

## AFFIDAVIT OF SERVICE/DELIVERY

    james timothy turner, hereby makes affirmation that the statements made in his following affidavit of service/delivery is made as on his own knowledge, are true that:

    1. james timothy turner, is of the age of majority, of sound mind, and competent to testify;

    2. james timothy turner, delivered an original signed "WRIT OF PRAECIPE" to an officer of the Federal Bureau of Prisons, Marion U.S. Penitentiary, in Illinois state, addressed to the following: Clerk of the Court, U.S. District Court
                                                One Church Street, Suite B-110
                                               Montgomery, AL 36104-4018

                                Sent USPS Cert. Mail No.:7013 2630 0000 0956
                                                            1993

to be sent via outgoing legal mail, with postage paid and affixed, to be filed and entered on the docket of case number referenced supra, as per Fed. R. Civ. P. 79(1)(2)(A)(B).

    3. james timothy turner, can find no evidence that service and/or filing of said documents referred to in ¶2, herein is not in-fact perfected upon the delivery of said documents to an officer of the Federal Bureau of Prisons at Marion U.S. Penitentiary, Marion, Illinois, to be mailed per published legal authority:
    Houston v Lack, 487 US 266 (1988); Fed. R. Civ. P. Rule 5(b)(1) and Rule 5(b)(2)(c); Fed. R. App. P. Rule 25.

Service and/or Court filing of the foregoing documents indicated in ¶2 is perfected this 4th day of October, 2016.

    4. james timothy turner, makes affirmation that the statements made in his foregoing Affidavit of Service/Delivery, made as of his own knowledge are true.

Executed under signature and Seal this __4th__ day of __October__ 2016.

                                                    _James timothy turner_ Seal

ATTESTATION

Illinois state       )
Williamson County  )

    Personally appeared before us, private Americans, at said County and State, james timothy turner who is personally known to us, deposed, said, and declared that the facts set forth in the foregoing Affidavit of Service Delivery, are stated upon his own knowledge, are true and correct, under penalty of perjury, and did before us solemnly affirm and subscribe this 4th day of October, 2016.

Affirmed and subscribed before me.    _[signature]_
                                                         Gordon Leroy Hall, witness

Affirmed and subscribed before me.    _[signature]_
                                                         Tyrone Eugene Jordan, witness

Affirmed and subscribed before me.    _[signature]_
                                                         Kurt Johnson, witness