Exhibit A

From:   James Timothy, Turner [#14154-002]
        UNITED STATES PENITENTIARY MARION
        P.O. Box # 1000
        Marion, IL 62959

To:     U.S. Attorney, Gray M. Borden
        C/O Office of the U.S. Attorney
        131 Clayton Street
        Montgomery, AL 36104

In re:  Case No. 1:12cr169-MHT, filed in the UNITED STATES DISTRIT
COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION.

Please find enclosed the following documents:

1.  "Tender of Offer for Acquittance and Discharge of Case No. 1:
12cr169-MHT..."

The U.S. Attoney's immediate attention to the forgoing documents
is advised.

Done this 28th day of June , 2016.

                              James Timothy, Turner

```
                        IN THE
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12cr169-MHT |
| | ) | |
| v. | ) | TENDER OF OFFER |
| | ) | |
| | ) | for |
| | ) | |
| JAMES TIMOTHY TURNER, | ) | ACQUITTANCE AND DISCHARGE |
| | ) | |
| | ) | of |
| | ) | |
| | ) | Case No. 1:12cr169-MHT |
| | ) | |
| | ) | and |
| | ) | |
| | ) | PRIVATE NEGOTIABLE |
| | ) | PERFORMANCE BOND |
| | ) | (12 U.S.C. § 95a (2)) |

Comes now, James Timothy, Turner, hereinafter referred to· as the
"Undersigned," and presents this "Tender of Offer for Acquittance
and Discharge of Case Number: 1:12cr169-MHT, and Private Negotiable
Performance Bond," as herein more fully appears.

1.   TENDER OF OFFER FOR ACQUITTANCE AND DISCHARGE OF CASE NUMBER:
1:12cr169-MHT.

As evidenced by the attached instrument entitled,
"(Superseding) Indictment," the Undersigned has accepted said
instrument, Nunc Pro Tunc, the 12th day of September, 2012, and as
evidenced by the attached instrument, the Undersigned has endorsed
said instrument to be Deposited to the Order of the United States
for full Acquittance and Discharge, pursuant to the act evidenced
at Title 12 U.S.C. § 95a (2), Nunc Pro Tunc, September 12, 2012.

The Undersigned hereby tenders this Offer for Full Acquittance
and Discharge of Case No. 1:12cr169-MHT, to the UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION, in good faith for
Full Acquittance and Discharge of Case No. 1:12cr169-MHT, filed in the UNITED
STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION.

Executed, Nunc Pro Tunc, under signature and seal, the 12th day of September, 2012.

_James Timothy, Turner_ (Seal)
James Timothy, Turner

2.  PRIVATE NEGOTIABLE PERFORMANCE BOND.

Comes now, James Timothy, Turner, hereinafter referred to as "Principal," and tenders this "Private Negotiable Performance Bond", in good faith, in regard to Principal's "Tender of Offer for Full Acquittance and Discharge of Case No. 1:12cr169-MHT."

1.  Principal is acting, also as surety with regard to this "... Bond".

2.  Principal hereby agrees to pay all costs incurred, including but not limited to, any and all, direct or indirect charges, cost of attachment, attorney's fees, court costs, expenses, taxes, fines, and the like, hereinafter "Accounts," which may be assessed/adjudged against the Principal, payable to the clerk of the UNITED STATES DISTRICT COURT for the MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION.

3.  Principal hereby agrees to pay all costs of enforcement of section #2 hereinabove, should Principal fail to pay costs assessesed/adjudged regarding section #2 hereinabove, payable to the Clerk of the U.S. District Court, Middle District of Alabama, Southern Div.

Principal hereby certifies, under the penalty of perjury, under the laws of the United States of America (28 U.S.C. § 1746) that the facts certified in the forgoing "Private Negotiable Performance Bond," are true and correct to the best of Principal's personal knowledge, understanding, and belief.

Executed Nunc Pro Tunc, under signature and seal, the 12th day of September, 2012.

_James Timothy, Turner_ (Seal)
James Timothy, Turner

"Tender of Offer ..."
Page 2 of 4

3.   DECLARATION OF SERVICE/DELIVERY.

I, James Timothy, Turner, hereinafter referred to as "Declarant", hereby affirm, and declare, (28 U.S.C. § 1746), based on personal knowledge, understanding and belief, as a free act and deed, that:

1.  Declarant is of the age of majority, of sound mind, and competent to testify.

2.  Declarant delivered an original signed copy of Declarant's "Tender of Offer for Acquittance and Discharge of Case No. 1:12cr169 -MHT, and Private Negotiable Performance Bond", to an officer of the Federal Bureau of Prisons, United States Penitentiary, Marion, Illinois, Communications Management Unit, addressed to:

Clerk of the Court, USPS Cert., #7015 3430 0000 7526 9349
U.S. District Court
One Church St., Suite B-110
Montgomery, AL 36104-4018                      and addressed to:

United States Attorney, Gray M. Borden, USPS Cert., #7015 3430 0000 7526
C/O Office of the United States Attorney                 9530
131 Clayton Street
Montgomery, AL 36104                           and addressed to:

U.S. Attorney General, Loretta E. Lynch, USPS Cert., #7015 3430 0000
C/O U.S. Department of Justice                           7526 9325
950 Pennsylvania Avenue, NW
Washington, DC 20530

to be sent/mailed out via legal and/or regular U.S. Mail.


3.  Due to the fact that the Declarant is in fact imprisoned, the Declarant can find no evidence that service and/or filing of said documents referred to in statement #2, is not in-fact perfected upon delivery of said documents to an officer of the F.B.O.P., U.S. P. Marion, IL, CMU to be mailed as per the published legal authority:

Houston v. Lack, 487 U.S. 266 (1988); United States v. Reilly, 385 F.2d. 225, 228, (10th Cir. 1967), F.R.Civ.P., Rule 5(b), F.R.A.P., Rule 25.

"Tender of Offer ..."
Page 3 of 4

Service and/or filing of the forgoing documents mentioned in statement #2, is perfected this 28th day of June , 2016.

4.  Declarant has nothing further to state at this time.

Declarant hereby affirms and declares under the penalty of perjury under the laws of the United States of America, (28 U.S.C. § 1746), that the facts stated in the forgoing section #3, "Declaration of Service/Delivery", are true, and correct to the best of the Declarant's personal knowledge, understanding and belief.

Executed under signature and seal, this 28th day of June , 2016.

_____ (Seal)
James Timothy, Turner

FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SEP 1 2 2012

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. *1:12cr 169-MHT* |
| | ) | |
| | ) | [18 U.S.C. § 152(2); |
| v. | ) | 18 U.S.C. § 371; |
| | ) | 18 U.S.C. § 514(a)(2); |
| | ) | 26 U.S.C. § 7203; |
| JAMES TIMOTHY TURNER, | ) | 26 U.S.C. § 7212(a); |
| a.k.a. "Tim Turner" | ) | 18 U.S.C. § 2] |
| | ) | |
| | ) | **INDICTMENT** |

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

The Grand Jury charges that:

## INTRODUCTION

At times relevant to this Indictment:

1.     Defendant JAMES TIMOTHY TURNER resided in Dale County, Alabama, within the Middle District of Alabama.

2.     Defendant JAMES TIMOTHY TURNER was the self-proclaimed "President" of the purported "Republic for the united States of America" ("RuSA"), a group of individuals who held themselves out as "sovereign" citizens.

3.     "B.H.," an individual known to the Grand Jury, resided in Dale County, Alabama, within the Middle District of Alabama.

4.     "T.F." and "K.F.," individuals known to the Grand Jury, were married and resided in Covington County, Alabama, within the Middle District of Alabama.

5.     "M.E.," an individual known to the Grand Jury, resided in Houston County, Alabama, within the Middle District of Alabama.

6.     The Internal Revenue Service ("IRS") was an agency of the United States

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. *[signature]* James Timothy Turner (Seal)

Department of the Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the United States.

## COUNT ONE
### (Conspiracy to Defraud the United States)

1.    The factual allegations contained in Paragraphs 1 through 6 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.    From in or about January 2006, the exact date being unknown to the Grand Jury, and continuing to on or about the date of this Indictment, within the Middle District of Alabama and elsewhere, defendant JAMES TIMOTHY TURNER, "B.H.," "T.F.," "K.F.," "M.E.," and others, known and unknown to the Grand Jury, unlawfully, voluntarily, intentionally, and knowingly did conspire, combine, confederate, and agree together and with each other, to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful government functions of the IRS in the ascertainment, computation, assessment, and collection of federal income taxes.

## MANNER AND MEANS

3.    To accomplish the objects of this scheme, Defendant JAMES TIMOTHY TURNER and his co-conspirators used the following manners and means, among others:

    A.    Defendant JAMES TIMOTHY TURNER and others would and did, for financial gain, promote and charge participants for attending "seminars" held throughout the country at which he taught attendees how to defraud the IRS and other federal entities.

    B.    Defendant JAMES TIMOTHY TURNER and others would and did create, prepare, file, and cause to be filed, with the United States Department of the Treasury, the IRS, and other federal entities, false, fictitious, and fraudulent financial instruments and other

-2-

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. (Signed) James Timothy Turner (Seal)
James Timothy Turner

documents, some of which contained his signature and/or thumbprint.

     C.    Defendant JAMES TIMOTHY TURNER and others would and did send correspondence to state governmental officials demanding that they order the IRS to stop investigations.

     D.    Defendant JAMES TIMOTHY TURNER and others would and did teach others how to retaliate against individual IRS employees.

OVERT ACTS

    4.    In furtherance of the conspiracy, and to effect the objects thereof, Defendant JAMES TIMOTHY TURNER, "B.H.," "T.F.," "K.F.," "M.E." and others, known and unknown to the Grand Jury, committed the overt acts listed below, among others, within the Middle District of Alabama and elsewhere:

*Seminars*

    5.    Between on or about January 1, 2008 and on or about November 19, 2008, the exact dates being unknown to the Grand Jury, Defendant JAMES TIMOTHY TURNER taught attendees at meetings at "B.H.'s" house how to prepare and submit fictitious bonds to the United States government.

    6.    Between on or about January 1, 2008 and on or about November 19, 2008, the exact dates being unknown to the Grand Jury, Defendant JAMES TIMOTHY TURNER and "T.F." prepared fictitious bonds during meetings at "B.H.'s" house.

    7.    On or about August 30, 2008, in Dothan, Alabama, Defendant JAMES TIMOTHY TURNER taught "T.F.," "K.F." and other seminar attendees how to prepare "bonded promissory notes" and how to use these fictitious monetary instruments as a form of payment for

-3-

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. James Timothy Turner (Seal)

taxes and other debts.

8.      On or about August 30, 2008, in Dothan, Alabama, "T.F." paid Defendant
JAMES TIMOTHY TURNER and "B.H." approximately $150 to attend a seminar.

9.      On or about August 30, 2008, in Dothan, Alabama, "K.F." paid Defendant
JAMES TIMOTHY TURNER and "B.H." approximately $150 to attend a seminar.

10.     On or about the dates below, Defendant JAMES TIMOTHY TURNER promoted,
and charged participants to attend, seminars at the locations listed below during which he taught
attendees how to create fictitious bonds for use as a form of payment to the IRS:

| OVERT ACT | DATE | LOCATION |
| --- | --- | --- |
| 10-A | February 6, 2009 | Arlington, TX |
| 10-B | September 12, 2009 | Atlanta, GA |
| 10-C | September 19, 2009 | Bloomington, MN |
| 10-D | September 26, 2009 | New York, NY |
| 10-E | October 3, 2009 | Baltimore, MD |
| 10-F | October 10, 2009 | Danbury, CT |
| 10-G | October 24, 2009 | Garden Grove, CA |
| 10-H | November 7, 2009 | Portland, OR |
| 10-I | November 14, 2009 | Seattle, WA |
| 10-J | December 5, 2009 | Kissimmee, FL |
| 10-K | December 12, 2009 | Miami, FL |

11.     On or about July 18, 2009, "F.K.," an individual known to the Grand Jury, paid
Defendant JAMES TIMOTHY TURNER and "B.H." a silver dollar to attend a seminar in
Dothan, Alabama.

12.     Between on or about November 12, 2009 and on or about December 12, 2009,

-4-

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2013.

James Timothy Turner (Seal)

Defendant JAMES TIMOTHY TURNER requested payment in the form of a "Pre-1964 Silver Dollar" for attendance at seminars that he and "B.H." taught in various locations throughout the United States.

### *False and Fictitious Financial Instruments*

13.     On or about May 2, 2008, Defendant JAMES TIMOTHY TURNER filed and caused to be filed with the IRS a false and fictitious bond in the amount of $300,000,000 (Three Hundred Million Dollars) in purported payment of his taxes and other debts.

14.     On or about November 19, 2008, Defendant JAMES TIMOTHY TURNER, "T.F." and "B.H." prepared and caused to be filed with the IRS a false and fictitious bond in the amount of $100,000,000,000 (One Hundred Billion Dollars) in purported payment of "T.F.'s" outstanding tax debt.

15.     On or about April 30, 2008, Defendant JAMES TIMOTHY TURNER and "M.E." prepared and caused to be filed with the IRS a false and fictitious bond in the amount of $100,000,000,000 (One Hundred Billion Dollars) in purported payment of "M.E.'s" outstanding tax debt.

16.     On or about the dates listed below, Defendant JAMES TIMOTHY TURNER and each individual listed below as the "Filer of Bond," prepared and caused to be filed with the IRS a false and fictitious bond in the amount listed below in purported payment of the Filer of Bond's outstanding tax debt:

Private-Priority-Special Acceptance, By: Grantee, under signature and seal,
Nunc Pro Tunc, the 12th day of September, 2012. *(signed)*
James Timothy, Turner (Seal)

| OVERT ACT | DATE | FILER OF BOND | AMOUNT |
|---|---|---|---|
| 16-A | November 20, 2007 | "C.H." | $300,000,000 (300 Million Dollars) |
| 16-B | March 19, 2008 | "P.L." | "Unlimited" |
| 16-C | May 10, 2008 | "L.M." | $2,000,000,000,000 (2 Trillion Dollars) |
| 16-D | May 29, 2008 | "W.W." | $100,000,000,000 (100 Billion Dollars) |
| 16-E | July 22, 2008 | "J.G." | $10,000,000 (10 Million Dollars) |
| 16-F | July 25, 2008 | "J.D." | $100,000,000,000 (100 Billion Dollars) |
| 16-G | July 29, 2008 | "B.E." | $300,000,000 (300 Million Dollars) |
| 16-H | July 29, 2008 | "R.E." | $300,000,000 (300 Million Dollars) |
| 16-I | August 7, 2008 | "L.M." | $300,000,000 (300 Million Dollars) |
| 16-J | August 14, 2008 | "E.G." | $300,000,000 (300 Million Dollars) |
| 16-K | August 19, 2008 | "G.Z." | $100,000,000,000 (100 Billion Dollars) |
| 16-L | August 20, 2008 | "E.G." | $300,000,000 (300 Million Dollars) |
| 16-M | October 21, 2008 | "J.D." | $10,000,000,000 (10 Billion Dollars) |

*Instruction on Methods to Obstruct the IRS and to Retaliate Against IRS Employees*

17.     On or about July 18, 2009, Defendant JAMES TIMOTHY TURNER, for a fee of $50, taught "F.K." to send fraudulent correspondence to the IRS and not to comply with a pending IRS summons requiring "F.K." to disclose financial information to the IRS.

18.     Between in or about January 2008 and in or about December 2011, the exact date being unknown to the Grand Jury, in New York, Defendant JAMES TIMOTHY TURNER taught "V.R.," an individual known to the Grand Jury, to file maritime liens against particular employees of the IRS in the event "V.R.'s" fictitious bonds were not honored by the IRS.

*"Warrant" Sent to the Governor of Alabama*

19.     On or about March 30, 2010, Defendant JAMES TIMOTHY TURNER and

-6-

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. James Timothy Turner (Seal) James Timothy Turner

others, known and unknown to the Grand Jury, mailed a "Warrant" to the Governor of Alabama,

ordering the Governor to "resign within three days of receipt of this warrant without recourse for

such resignation" and to "direct" the IRS "to cease and desist forthwith all investigations,

actions, prosecutions, liens, levies, garnishments, collections and distress against the sovereign

People."

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO**
(Fictitious Obligations)

1.     The factual allegations contained in Paragraphs 1 through 6 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.     On or about May 2, 2008, within the Middle District of Alabama, Defendant

JAMES TIMOTHY TURNER, with the intent to defraud, did knowingly pass, utter, present,

offer, and attempt to pass, utter, present, and offer, a false and fictitious instrument, document,

and other item, namely an instrument titled "Registered Private Offset Discharging and

Indemnity Bond" in the amount of $300,000,000 (Three Hundred Million Dollars), appearing,

representing, purporting and contriving, through scheme and artifice, to be an actual security and

other financial instrument issued under the authority of the United States and other political

subdivisions of the United States.

All in violation of Title 18, United States Code, Section 514(a)(2).

**COUNTS THREE THROUGH SEVEN**
(Aiding and Abetting Fictitious Obligations)

1.     The factual allegations contained in Paragraphs 1 through 6 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

-7-

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. *James Timothy Turner* (Seal)

2.    On or about the dates listed below, within the Middle District of Alabama,

Defendant JAMES TIMOTHY TURNER, with the intent to defraud, did knowingly aid and abet

the individual known to the Grand Jury listed below identified as "Filer of Bond," in passing,

uttering, presenting, offering, and attempting to pass, utter, present, and offer, a false and

fictitious instrument, document, and other item, as described below, appearing, representing,

purporting and contriving, through scheme and artifice, to be an actual security and other

financial instrument issued under the authority of the United States and other political

subdivisions of the United States.

| COUNT | DATE | FILER OF BOND | INSTRUMENT | AMOUNT |
|---|---|---|---|---|
| 3 | November 20, 2007 | "C.H." | "Private Offset Discharging and Indemnity Bond" | $300,000,000 (300 Million Dollars) |
| 4 | April 30, 2008 | "M.E." | "Private Registered Bond for Set Off - Non-Negotiable" | $100,000,000,000 (100 Billion Dollars) |
| 5 | May 29, 2008 | "W.W." | "Private Registered Bond for Set Off - Non-Negotiable" | $100,000,000,000 (100 Billion Dollars) |
| 6 | July 22, 2008 | "J.G." | "Registered Private Offset Discharging and Indemnity Bond" | $10,000,000 (10 Million Dollars) |
| 7 | November 22, 2008 | "T.F." | "Private Registered Bond for Set Off - Non-Negotiable" | $100,000,000,000 (100 Billion Dollars) |

All in violation of Title 18, United States Code, Sections 514(a)(2) and 2.

-8-

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. _____ James Timothy Turner (Seal)

## COUNT EIGHT

(Attempting to Interfere with Administration of Internal Revenue Laws)

1.      The factual allegations contained in Paragraphs 1 through 6 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about December 31, 2008, within the Middle District of Alabama and

elsewhere, Defendant JAMES TIMOTHY TURNER did corruptly endeavor to obstruct and

impede the due administration of the Internal Revenue laws by sending a three-page packet of

documents to the IRS, namely a 2005 IRS Form 1096 ("Annual Summary and Transmittal of

U.S. Information Returns"), with attached 2005 IRS Form 1099-OID ("Form 1099-OID") and

2007 IRS Form 1040-V ("Payment Voucher"). That packet of documents, which was filed with

the IRS, falsely reported payment on the Form 1099-OID from Apalachicola State Bank to

Defendant JAMES TIMOTHY TURNER in the amount of $341,446.16 and payment on the

Payment Voucher from Defendant JAMES TIMOTHY TURNER to the IRS in the amount of

$341,446.

All in violation of Title 26, United States Code, Section 7212(a).

## COUNT NINE

(Failure to File a Tax Return - Tax Year 2009)

1.      The factual allegations contained in Paragraphs 1 through 6 of the Introduction

Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      During the calendar year 2009, Defendant JAMES TIMOTHY TURNER had and

received gross income of at least $9,350. By reason of such gross income, he was required by

law, following the close of the calendar year 2009 and on or before April 15, 2010, to make an

income tax return to the local office of the Internal Revenue Service at Dothan, Alabama, or to

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. James Timothy Turner (Seal)

any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing the foregoing, Defendant JAMES TIMOTHY TURNER did willfully fail to timely make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

### COUNT TEN
#### (False Testimony Under Oath in a Bankruptcy Proceeding)

1.      The factual allegations contained in Paragraphs 1 through 6 of the Introduction Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about November 5, 2008, within the Middle District of Alabama, Defendant JAMES TIMOTHY TURNER made a false material statement under oath in and in relation to a case under Title 11 of the United States Code, namely *In re: Stage Door Development Inc.*, Case No. 07-11638-DHW, in the United States Bankruptcy Court in the Middle District of Alabama. Specifically, Defendant JAMES TIMOTHY TURNER falsely testified under oath that he had paid $5,000,000 (5 Million Dollars) to Citizens Bank on behalf of the debtor, "J.M.," when, in fact, Defendant JAMES TIMOTHY TURNER then and there knew he had not made said payment.

All in violation of Title 18, United States Code, Section 152(2).

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. _____ (Seal) James Timothy, Turner

-10-

A TRUE BILL:

_____
Foreperson

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

_____
Justin Gelfand
Trial Attorney
United States Department of Justice
Tax Division

_____
Gray M. Borden
Assistant United States Attorney
Middle District of Alabama

Private-Priority-Special Acceptance, By: Grantee, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. _____(Seal) James Timothy Turner

-11-

A TRUE BILL:

_____
Foreperson

SANDRA J. STEWART
ACTING UNITED STATES ATTORNEY

_____
Justin Gelfand
Trial Attorney
United States Department of Justice
Tax Division

_____
Gray M. Borden
Assistant United States Attorney
Middle District of Alabama

Private-Priority-Special Acceptance, By: Grantee,, under signature and seal, Nunc Pro Tunc, the 12th day of September, 2012. (time) (time) (time) (Seal) James Timothy, Turner

-11-

Negotiable, special deposit, private, priority, to the order of
the United States, for full acquittance and discharge, pursuant
to the Act evidenced at Title 12 USC §95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc,
the 12th day of September, 2012.                     (Seal)

                                      James Timothy, Turner

Negotiable, special deposit, private, priority, to the order of
the United States, for full acquittance and discharge, pursuant
to the Act evidenced at Title 12 USC §95a(2).
By: Grantor-Beneficiary, under signature and seal, Nunc Pro Tunc,
the 12th day of September, 2012. *James Timothy Turner* (Seal)
                                    James Timothy, Turner