December 21, 2012

12cr169

TO: Clerk of Court,
US DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET, Suite B-110
Montgomery, Alabama 36104-4018

RECEIVED 2016 DEC 27 P 2:34

FROM: James Timothy Turner
B.O.P. INMATE Number 14154-002
MARION UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, Illinois 62959

NOTICE OF CORRECTION OF THE RECORD

On or About October 4, 2016 you were served a Writ of Praecipe by USPS Certified mail Number 7015 3434 0000 7526 9349. Upon Review I found an error on page 1. The Nunc pro Tunc date on the original was the 12th day of September 2016. This date is in error. The correct date is the 12th day of September 2012. Enclosed is a corrected copy of page 1. Please enclose it as a corrected page as part of the original to correct the record.

Thank you,

James Timothy Turner



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff<br><br>V.<br><br>JAMES TIMOTHY TURNER<br>          Defendant. | )  Case No.:1:12cr00169-MHT<br>)<br>)  WRIT OF PRAECIPE<br>)  TO THE CLERK OF THE UNITED STATES<br>)  DISTRICT COURT FOR THE DISTRICT<br>)  MIDDLE DISTRICT OF ALABAMA,<br>)  SOUTHERN DIVISION<br>)<br>) |

   COMES NOW, james timothy turner, a natural person and Grantor-Beneficiary on behalf of Defendant JAMES TIMOTHY TURNER, an artificial person, hereinafter "Grantor-Benediciary" to present this Writ of Praecipe to the Clerk of the United States District Court, hereinafter "Trustee" for Remedy and Relief as herein more fully appears, and makes the following statements of his own knowledge that:

   1. Grantor-Beneficiary accepted, endorsed, and returned the indictment in the above referenced case, hereinafter "Property" together with a bond for costs of attachment, fees, court costs, et cetera, nunc pro tunc the 12th   day of September, 2016 via United States Postal Service, First-class, postage prepaid, Certified Mail No.:70153434000075269349 , a copy attached hereto and incorporated herein and marked as "Exhibit A", to the Trustee for full setoff, settlement, and closure of case/account No.: 1:12cr00169-MHT in the United States District Court, hereinafter "Account" pursuant to United States Congressional Act as evidenced at Title 12 USC §95a(2) that states in pertinent part: